Cynthia Z. Levin, Esq. (SBN 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 866-598-5042
Fax: 866 633-0228
clevin@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL SCAVO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> EVERQUOTE, INC.; and DOES 1 through 10, inclusive, and each of them <br><br> Defendant. | Case No. <br><br> 2:20-cv-03713 <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Stipulation to Dismiss- 1

010-9118-6342/1/AMERICAS

Respectfully submitted this 17th Day of September, 2020,

**LAW OFFICES OF TODD M. FRIEDMAN P.C**
By: <u>s/Cynthia Z. Levin</u>
**CYNTHIA Z. LEVIN Esq.**
Attorney for Plaintiff

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**
By:   <u>/s/ Wayne A. Graver</u>
**WAYNE A. GRAVER, Esq.**
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: September 17, 2020

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  <u>/s/ Cynthia Z. Levin</u>
CYNTHIA Z. LEVIN Esq.
Attorney for Plaintiff

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**

By:   <u>/s/ Wayne A. Graver</u>
WAYNE A. GRAVER, Esq.
Attorney for Defendant

Stipulation to Dismiss- 2

010-9118-6342/1/AMERICAS

Filed electronically on this 17th Day of September, 2020, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 17th Day of September, 2020.
s/Cynthia Z. Levin
CYNTHIA Z. LEVIN

Stipulation to Dismiss- 3

010-9118-6342/1/AMERICAS