Cynthia Z. Levin, Esq. (SBN 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 866-598-5042
Fax: 866 633-0228
clevin@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL SCAVO, individually and on behalf of all others similarly situated, | ) Case No.<br>)<br>) 2:20-cv-03713<br>) |
| Plaintiff, | ) **JOINT STIPULATION OF** |
| vs. | ) **DISMISSAL OF ACTION OF THE** <br>) **INDIVIDUAL CLAIMS** |
| EVERQUOTE, INC.; and DOES 1 | ) **WITH PREJUDICE AND THE** |
| through 10, inclusive, and each of them | ) **PUTATIVE CLASS CLAIMS** |
| Defendant. | ) **WITHOUT PREJUDICE** <br>)<br>) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).   Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

010-9118-6342/1/AMERICAS

Respectfully submitted this 17th Day of September, 2020,

**LAW OFFICES OF TODD M. FRIEDMAN P.C**
**By: s/Cynthia Z. Levin**
**CYNTHIA Z. LEVIN Esq.**
Attorney for Plaintiff

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**
**By:   /s/ Wayne A. Graver**
**WAYNE A. GRAVER, Esq.**
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: September 17, 2020

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:   /s/ Cynthia Z. Levin
CYNTHIA Z. LEVIN Esq.
Attorney for Plaintiff

**LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO**

By:   /s/ Wayne A. Graver
WAYNE A. GRAVER, Esq.
Attorney for Defendant

010-9118-6342/1/AMERICAS

Filed electronically on this 17th Day of September, 2020, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 17th Day of September, 2020.
s/Cynthia Z. Levin
CYNTHIA Z. LEVIN

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL SCAVO, individually and on behalf of all others similarly situated, | ) ) ) | Case No. |
| Plaintiff, | ) ) | **2:20-cv-03713** |
| vs. | ) ) | **PROPOSED ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |
| EVERQUOTE, INC.; and DOES 1 through 10, inclusive, and each of them, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this __September 22, 2020__

__/s/ Hon. Jan E. DuBois__

Honorable Judge of the District Court